UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYIE ANGEL LAFORTUNE B,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE,<br><br>                              Respondent. | Case No.:  3:26-cv-3090-CAB-GC<br><br>**ORDER REFERRING PETITION FOR A WRIT OF HABEAS CORPUS FOR CONSIDERATION OF APPOINTMENT OF COUNSEL** |

Petitioner Tanyie Angel Lafortune B has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Given Petitioner's complex alleged immigration history, the Court finds it appropriate to **REFER** this matter to Federal Defenders of San Diego, Inc. for consideration of appointment of counsel.  The Court requests that Federal Defenders review Petitioner's matter and by **June 30, 2026**, file either an Amended Petition or a status report declining appointment.

The Court further **ORDERS** that:

(1)     The filing of the Amended Petition or the status report declining appointment commences the briefing schedule as set out in Chief Judge Order No. 144, available on the Court's website.

(2)     To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with

Respondents **SHALL NOT** transfer Petitioner outside of the Southern District of California pending the Court's resolution of the Petition.

(3) The Clerk of the Court provide a copy of the Petition and this Order to Federal Defenders of San Diego, Inc. and to the U.S. Attorney's Office.

It is **SO ORDERED**.

Dated: June 16, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-3090-CAB-GC