UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TANYIE ANGEL LAFORTUNE B,
Petitioner,

v.

CHRISTOPHER LAROSE,
Respondent.

Case No.: 3:26-cv-3090-CAB-GC

**ORDER PARTIALLY GRANTING PETITION FOR A WRIT OF HABEAS CORPUS**

In May 2026, Petitioner Tanyie Angel Lafortune B filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Following briefing, the Court dismissed the Petition because Petitioner was detained pursuant to 8 U.S.C § 1225 and the Court found that Petitioner's approximately 9-month long detention had not become unreasonably prolonged such that due process required that she receive a bond hearing or be released. [Doc. No. 14.]

In October 2026, Petitioner filed an Amended Petition because her detention has exceeded a year. [Doc. No. 15.] Because the first factor of the *Banda*[1] analysis now weighs in Petitioner's favor, together with factors two and three, while factors four, five, and six

[1] *Banda v. McAleenan*, 385 F. Supp. 3d 1099, 1106 (W.D. Wash. 2019).

are neutral, the Court finds Petitioner is entitled to a prompt and individualized bond hearing before an immigration court, at which Respondent must justify Petitioner's continued detention by a showing of clear and convincing evidence that she would likely flee or pose a danger to the community if released. *See Singh v. Holder*, 638 F.3d 1196, 1203 (9th Cir. 2011), *abrogated on other grounds by Jennings v. Rodriguez*, 583 U.S. 281 (2018) ("Given the substantial liberty interest at stake . . . we hold that the government must prove by clear and convincing evidence that an alien is a flight risk or a danger to the community to justify denial of bond[.]"); *see also Martinez v. Clark*, 124 F.4th 775, 785–86 (9th Cir. 2024) (stating that "the BIA properly noted that the government bore the burden to establish by clear and convincing evidence that [petitioner] is a danger to the community" with respect to a bond hearing for a noncitizen detained under § 1226(c)).

The Court therefore **PARTIALLY GRANTS** the Petition and **ORDERS** Respondents to provide Petitioner an individualized bond hearing as described above within fourteen days of the date of this Order.

It is **SO ORDERED**.

Dated: November 19, 2026



Hon. Cathy Ann Bencivengo
United States District Judge